UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PIETOSO, INC. d/b/a CAFÉ NAPOLI, | ) |
| | ) |
| Plaintiff, | ) No. 4:19-CV-397 RLW |
| | ) |
| v. | ) |
| | ) |
| REPUBLIC SERVICES, INC. | ) |
| | ) |
| and | ) |
| | ) |
| ALLIED WASTE SERVICES, LLC d/b/a | ) |
| ALLIED WASTE SERVICES OF | ) |
| BRIDGETON, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendants' Motion to Dismiss (ECF No. 23) is **GRANTED**. Plaintiff's claims are **DISMISSED** with prejudice.

Dated this 15th day of January, 2020.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE