# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No:  25-8009
_____

Pietoso, Inc., a Missouri corporation, individually and on behalf of all those similarly situated, doing business as Cafe Napoli

Respondent

v.

Republic Services, Inc., A Delaware corporation; Allied Services, LLC, A Deleware limited liability company, doing business as Allied Waste Services of Bridgeton

Petitioners

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:19-cv-00397-JAR)

---

## JUDGMENT

Before GRUENDER, BENTON and SHEPHERD, Circuit Judges.

The petition for permission to appeal under Federal Rule of Civil Procedure 23(f) is denied. Mandate shall issue forthwith.

October 24, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
       /s/ Susan E. Bindler